## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN (EAU CLAIRE)

In Re:  **Brian Joseph Duka-Smith**
      **Lindsay Evelyn Waldron, Debtors.**

Case No. **1-19-10447-bhl**
Chapter: 7

## ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT

USAA Federal Savings Bank (the Movant) filed a Motion for Relief from Automatic Stay and Abandonment with respect to the Debtors' real property more commonly known as S8299 Raaum Road, Ferryville, Wisconsin 54628  (the "Property.") Due and proper notice was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected, or other cause exists for granting the Movant's request for relief from stay and abandonment.

IT IS ORDERED: the stay of 11 U.S.C. Section 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable non-bankruptcy law;

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. Section 554;

IT IS FURTHER ORDERED: all other relief requested in the motion is denied;

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####